UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-23814-Ungaro

FREDERICK BEELER,

        Plaintiff,

v.

F L T LOGISTICS LLC,
MILOS VORKAPIC,
FEDERICO SANTAMARIE,

        Defendants.
_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Final Default Judgment, Attorney's Fees and Costs.

THIS COURT has considered the motion and the pertinent portions of the record and is otherwise fully advised in the premises.

It is hereby ORDERED AND ADJUDGED that DEFAULT FINAL JUDGMENT is entered against Defendant Federico Santamarie, in favor of Plaintiff Frederick Beeler c/o his counsel, Koz Law, P.A. Plaintiff and his counsel are awarded the sum of $4,610.00. Interest shall accrue at the rate prescribed by 28 U.S.C. §1961 until this judgment is satisfied, for which sum let execution issue. Plaintiff's counsel shall also be entitled to attorney's fees and costs incurred in the collection of this judgment upon further motion to be filed with this Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of Nov, 2016

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies Provided:
Counsel of Record